JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ANNETTE AGUSTIN,<br><br>    Plaintiff,<br>vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, N.A.; and PNC MORTGAGE,<br><br>    Defendants. | CASE NO. 1:17-CV-268-JMS-KJM<br><br>PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br>Trial Date:  March 12, 2019<br>Trial Judge: Hon. J. Susan Oki Mollway |

**PLAINTIFF ANNETTE AGUSTIN'S
RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff Annette Agustin, pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby makes the following initial disclosures:

**1) Persons likely to have discoverable information**

a) Plaintiff Annette Agustin, c/o Justin Brackett. Ms. Agustin has knowledge regarding the allegations of her Complaint, her communications with Defendants, the information in her credit reports, and her damages caused by Defendants' actions.

b) Assignors of the account to the Defendants. The assignors will have information relating to the sale of the debt to the Defendants and the specifics of the sale.

c) Defendants will have knowledge of their letters and other communications made by them to the Plaintiff.

d) Consumer reporting agencies will have information relating to the amounts furnished by the Defendants to them concerning the Plaintiff.

e) All witnesses identified on Defendants' Rule 26 Disclosures.

f) Investigation continues. Plaintiff reserves the right to timely supplement this response.

g) Plaintiff does not anticipate the use of expert testimony at this time. Plaintiff reserves the right to timely supplement this response.

**2) Exhibits**

Plaintiff provided a copy of all documents in her possession, custody, or control (marked as AAGUSTIN 17-00525 000001 through 000339) to Defendants' attorney Ryan B. Kasten at the Scheduling Conference on January 19, 2018, in satisfaction of Fed. R. Civ. P. 26(a)(1)(A)(ii) and looks forward to receiving Defendants' documents.  The following exhibits are anticipated to be used in this action:

a) Demand Letters from Defendants, direct or indirect, e.g., by all Defendants to Plaintiff.

b) Records of telephone calls from Defendants to Plaintiff including call logs, voicemail recordings, etc…

c) Documents relating to the sale of the debt from Defendants' assignor(s) to Defendants.

d) Documents relating to the amounts furnished by the Defendants to consumer reporting agencies concerning the Plaintiff.

e) The exhibits to the complaint.

f) The investigation continues. Plaintiff reserves the right to timely supplement this response.

**3) Computation of damages**

a) The statutory damages sought from Defendants pursuant to 15 U.S.C. Section 1692k(a)(2)(B) is $1,000.

b) Plaintiff also seeks to have Defendants pay all reasonable attorney fees and costs pursuant to 15 U.S.C. § 1692k(a)(3). All documents relative to attorney fees and costs are currently privileged, but will be produced if a fee petition has to be filed in this matter.

c) Plaintiff also seeks three times the amount of actual damages incurred or $1,000.00, whichever is greater, pursuant to H.R.S. §480-13. Pursuant to H.R.S. § 480-13 a plaintiff may sue for damages sustained and "shall" be awarded a sum not less than $1,000.00 or threefold the damages that were actually sustained, whichever sum is the greater, as well as a reasonable attorney's fee and costs of suit.

d) The statutory damages sought from Defendants pursuant to 47 U.S.C. Section 227 are $500 per unintentional call and $1,500.00 for each call that is found to have been made willfully or knowingly.

e) Breach of contract damages in an amount to be determined by a jury.

**4) Insurance**

None.

DATED: Honolulu, Hawaii; January 29, 2018.

                              /s/ Justin A. Brackett
                              Justin A. Brackett, (#9954)

## CERTIFICATE OF SERVICE

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing document via operation of this Court's electronic filing system, upon the following:

Attorneys for Defendants:

| | |
|---|---|
| Jade Lynn Ching | jlc@nchilaw.com |
| Kanoelani S. Kane | ksk@nchilaw.com |
| Ryan B. Kasten | rbk@nchilaw.com |

DATED: Honolulu, Hawaii; January 29, 2018.

                              /s/ Justin A. Brackett
                              Justin A. Brackett, (#9954)
                              Attorney for Plaintiff