# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 17-00525SOM-KSC |
| CASE NAME: | Annette Agustin vs. PNC Financial Services Group, Inc., etc., et al. |
| ATTYS FOR PLA: | Justin A. Brackett |
| ATTYS FOR DEFT: | Jade L. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C7 |
| DATE: | 09/06/2018 | TIME: | 9:30 - 9:31 |

COURT ACTION:  EP: Plaintiff's Motion to Amend Scheduling Order [43]-

The Court after reviewing the written submissions, finds that the plaintiff has failed to establish good cause and due diligence necessary to warrant a continuance of the trial date and deadlines.  Trial is scheduled for 3/12/19, many of the deadlines have not yet past, and there is reasonable opportunity for counsel to file pretrial motions, complete discovery, and to prepare for trial.  Counsel is encouraged to comply with the Hawaii State guidelines for professional courtesy and civility.

Plaintiff's Motion to Amend Scheduling Order is Denied.

Ms. Ching to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.