NAKASHIMA CHING LLC
Attorneys at Law

JADE LYNNE CHING     5808
RYAN B. KASTEN       10395
737 Bishop Street, Suite 2090
Honolulu, Hawai`i  96813
Telephone:     808-784-2090
Facsimile:     808-784-2091
E-mail: jlc@nchilaw.com
        rbk@nchilaw.com

Attorneys for Defendants
THE PNC FINANCIAL SERVICES
GROUP, INC., PNC BANK N.A., and
PNC MORTGAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANNETTE AGUSTIN,<br><br>           Plaintiff,<br><br>    vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK N.A., and PNC MORTGAGE,<br><br>           Defendants. | Case No. 1:17-cv-00525 SOM KSC<br><br>**DECLARATION OF DOROTHY J. THOMAS**; CERTIFICATE OF SERVICE<br><br><br>TRIAL: March 12, 2019<br>JUDGE: Hon. Susan Oki Mollway |

**DECLARATION OF DOROTHY J. THOMAS**

Pursuant to 28 U.S.C. § 1746, I, Dorothy J. Thomas, do hereby declare that:

1.  I am a Mortgage Officer for PNC Mortgage, a division of PNC Bank National Association ("PNC Bank"), servicer of the subject Loan.  I have been in this position since November 2005 and have been employed with PNC Bank since June 1992.

2. PNC Mortgage is not a separate entity from PNC Bank; it is a division of PNC Bank. PNC Bank searched its records for mortgage statements for Borrower Annette Agustin, Loan No. xxxx683 for the period April 2009 to December 2013, and November 2014 to June 2015. PNC Bank is not in possession of the aforementioned mortgage statements for the above-referenced time period.

3. The Loan Activity Log for Borrower Annette Agustin, Loan No. xxxx683 includes the internal and external communications by and with PNC Bank with regard to Borrower Annette Agustin, Loan No. xxxx683.

4. The PNC Financial Services Group, Inc. ("PNC Financial") is a financial holding company. As such, PNC Financial does not engage in banking activity and is therefore not a debt collector, is not a loan servicer, is not collecting on any loan or debt and has not taken any action in any form regarding the loan at issue or the Plaintiff at anytime. PNC Financial does not have any mortgage loan statements for Borrower Annette Agustin, Loan No. xxxx683.

I declare under penalty of law that the foregoing is true and correct.

Executed in Miamisburg, Ohio, on October 24, 2018.

_____
Dorothy J. Thomas, Mortgage Officer