NAKASHIMA CHING LLC
Attorneys at Law

JADE LYNNE CHING     5808
DAVID A. NAKASHIMA   2064
RYAN B. KASTEN       10395
737 Bishop Street, Suite 2090
Honolulu, Hawai`i  96813
Telephone:     808-784-2090
Facsimile:     808-784-2091
E-mail: jlc@nchilaw.com
        dan@nchilaw.com
        rbk@nchilaw.com

Attorneys for Defendants
THE PNC FINANCIAL SERVICES
GROUP, INC., PNC BANK N.A., and
PNC MORTGAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| ANNETTE AGUSTIN,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK N.A., and PNC MORTGAGE,<br><br>            Defendants. | Case No. 1:17-cv-00525 SOM-RT<br><br>**DEFENDANT PNC BANK N.A.'S OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS, FILED FEBRUARY 19, 2019 [ECF NO. 125]**; CERTIFICATE OF SERVICE<br><br>TRIAL: March 12, 2019<br>JUDGE: Hon. Susan Oki Mollway |
|---|---|

**DEFENDANT PNC BANK, N.A.'S OBJECTIONS TO
PLAINTIFF'S DEPOSITION DESIGNATIONS, FILED
FEBRUARY 19, 2019 [ECF NO. 125]**

Defendant PNC Bank, N.A. ("PNC Bank"), by and through its attorneys, Nakashima Ching LLC, hereby submits its Objections and Counter Designations to Plaintiff Annette Agustin's designation of the oral deposition transcripts of (1) Kristine Wenzler, taken on October 9, 2018; (2) Deborah Rhoden, taken on December 13, 2018; (3) Derrick Niese, taken on December 13, 2018; (4) Deborah Schnelle, taken on October 9, 2018; and (5) Max Minor, taken on October 10, 2018. The objections herein are made pursuant to Rule 32 of the Federal Rules of Civil Procedure ("FRCP") and the Federal Rules of Evidence ("FRE").

**1.   KRISTINE WENZLER (October 9, 2018)**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 5:21-22 | | |
| 6:7-19 | | |
| 7:17-8:5 | | |
| 9:5-10 | | |
| 10:3-25 | | |
| 11:1-8 | | 11:14-16 |
| 12:2-20 | | |
| 12:21-13:12 | | |
| 13:13-24 | | |
| 14:9-15:13 | Fed. R. Evid. ("FRE") 401, 402, 403 – relevance | |
| 16:12-25 | FRE 401, 402, 403 – relevance | |
| 18:13-19:8 | FRE 401, 402, 403 – relevance | |
| 19:9-24 | FRE 401, 402, 403 – relevance | |
| 19:25-20:19 | FRE 401, 402, 403 – relevance | |
| 24:16-25:2 | FRE 401, 402, 403 – relevance | |

{00061283;1} 11396-27

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 25:24-26:6 | | |
| 26:7-15 | FRE 401, 402, 403 – relevance | |
| 33:1-34:10 | FRE 401, 402, 403 – relevance | |
| 34:19-36-9 | FRE 401, 402, 403 – relevance | |
| 37:16-38:1 | FRE 401, 402, 403 – relevance | |
| 42:10-25 | FRE 401, 402, 403 – relevance | |
| 44:2-7 | FRE 401, 402, 403 – relevance | |
| 44:8-25 | FRE 401, 402, 403 – relevance | |
| 49:3-16 | FRE 401, 402, 403 – relevance | |
| 52:18-24 | FRE 401, 402, 403 – relevance | |
| 53:1-9 | FRE 401, 402, 403 – relevance | |
| 54:8-55:18 | FRE 401, 402, 403 – relevance | |
| 55:25-56:12 | FRE 401, 402, 403 – relevance | |
| 57:5-14 | FRE 401, 402, 403 – relevance | |
| 57:20-59:12 | FRE 401, 402, 403 – relevance | |
| 60:22-61:5 | FRE 401, 402, 403 – relevance | |
| 62:17-25 | FRE 401, 402, 403, 602 – relevance, lacks foundation, speculation | |
| 67:21-69:16 | FRE 401, 402, 403 – relevance | |
| 70:15-22 | | |
| 72:1-11 | | 72:19-23 |
| 72:24-73:8 | FRE 401, 402, 403 – relevance | |
| 73:20-74:14 | FRE 401, 402, 403 – relevance | |
| 77:18-78:12 | FRE 401, 402, 403 – relevance | 77:12-16 |
| 78:23-82:2 | FRE 401, 402, 403 – lacks foundation, speculation | |
| 82:16-84:24 | 82:16-84:4 – FRE 401, 402, 403, 602 – lacks foundation, speculation | |
| 85:15-86:12 | FRE 401, 402, 403, 602 – lacks foundation, speculation | |
| 87:2-88:7 | | |
| 88:11-89:2 | | |
| 90:2-6 | | |
| 91:24-94:9 | FRE 401, 402, 403, 602 – lacks foundation, speculation | |
| 94:16-95:9 | FRE 401, 402, 403 – lacks foundation, speculation | |
| 95:20-97:1 | | |
| 99:7-100:14 | | |

**II. DEBORAH RHODEN (December 13, 2018)**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 7:4-11 | | |
| 8:23-9:1 | | |
| 9:8-12 | | |
| 16:14-20 | | |
| 17:3-4 | | |
| 19:16-20:15 | FRE 401, 402, 403 – relevance | |
| 20:25-25:25 | FRE 401, 402, 403 – relevance | |
| 26:1-4 | | |
| 31:12-23 | | |
| 32:2-33:1 | FRE 401, 402, 403 – relevance | |
| 36:22-37:5 | FRE 401, 402, 403, 602 – relevance, speculation | |
| 37:11-14 | FRE 401, 402, 403 – relevance, speculation | |
| 38:2-5 | FRE 401, 402, 403, 602 – relevance, lacks foundation, speculation | 38:7-17 |
| 38:18-24 | | |
| 39:7-20 | | |
| 44:2-45:3 | FRE 401, 402, 403 – relevance | |
| 45:8-24 | | |
| 47:1-5 | FRE 401, 402, 403 – relevance | |
| 47:21-48:13 | | |
| 49:20-50:9 | | |
| 51:1-11 | | |
| 53:12-54:7 | FRE 401, 402, 403 – cumulative | |
| 56:3-20 | | |
| 58:6-18 | FRE 401, 402, 403, 602 – relevance, lacks foundation, speculation | |
| 59:1-61:22 | FRE 401, 402, 403 – relevance, lacks foundation, speculation | |
| 61:23-62:8 | FRE 401, 402, 403 – relevance, lacks foundation, speculation | |
| 63:10-15 | | |
| 64:13-65:10 | 64:13-21 – FRE 401, 402, 403, 602 – relevance, lacks foundation, speculation | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 67:6-21 | FRE 401, 402, 403, 602 – relevance, lacks foundation, speculation | |
| 68:7-23 | | |
| 70:8-11 | | |
| 71:5-16 | FRE 401, 402, 403 – relevance | |
| 72:1-11 | FRE 401, 402, 403 – relevance | |
| 73:12-19 | FRE 401, 402, 403 – relevance | |
| 74:1-11 | FRE 401, 402, 403 – relevance | |
| 74:21-24 | | |
| 75:4-11 | | |
| 75:12-25 | FRE 401, 402, 403 – cumulative of 47:21-48:2 | |
| 76:7-24 | FRE 401, 402, 403 – cumulative of 47:21-48:2 | |
| 77:1-9 | | |
| 79:15-25 | | |
| 80:5-81:20 | FRE 401, 402, 403, 602 – lacks foundation | |
| 83:4-18 | FRE 401, 402, 403 – cumulative of 47:21-48:2 | |

**III. DERRICK NIESE (December 13, 2018)**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 5:22 | | |
| 6:3-4 | | |
| 6:19-7:5 | | |
| 8:7-23 | FRE 401, 402, 403 – relevance | 7:16; 9:20-10:1 |
| 10:22-24 | FRE 401, 402, 403 – relevance | |
| 13:20-16:8 | FRE 401, 402, 403 – relevance | 13:15-17, 19 |
| 20:15-17 | FRE 401, 402, 403 – relevance | |
| 21:1-12 | FRE 401, 402, 403 – relevance | 20:24-25 |
| 23:8-13 | | |
| 26:11-16 | FRE 401, 402, 403, 602 – relevance | |
| 27:24-28:9 | FRE 401, 402, 403 – relevance | |
| 28:19-20 | FRE 401, 402, 403 – relevance | |
| 30:2-19 | FRE 401, 402, 403 – relevance | |
| 31:21-32:5 | FRE 401, 402, 403 – relevance | |
| 32:17-18 | | |

{00061283;1} 11396-27                                4

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 32:14-34:17 | | |
| 35:12-36:18 | FRE 401, 402, 403 – relevance | |
| 40:11-41:2 | FRE 401, 402, 403 – relevance | |
| 43:22-44:1 | FRE 401, 402, 403 – relevance | |
| 50:20-52:1 | FRE 401, 402, 403, 602 – relevance | |
| 52:12-19 | FRE 401, 402, 403, 602 – relevance | |
| 58:19-61:23 | FRE 401, 402, 403 – relevance 61:6-23 – FRE 401, 402, 403, 602 – relevance | |
| 63:1-64:23 | | |
| 66:1-67:24 | FRE 401, 402, 403 – relevance 65:19 – FRE 401, 402, 403, 602 – relevance | 65:19 |
| 67:25-69:15 | FRE 401, 402, 403 – relevance 68:3-69:3 – FRE 401, 402, 403, 602 – relevance | |
| 69:16-72:16 | FRE 401, 402, 403 – relevance 69:2-70:8 & 72:2-10 – FRE 401, 402, 403, 602 – relevance | |
| 72:18-74:13 | | |
| 74:15-76:12 | FRE 401, 402, 403 – relevance 76:8-12 – FRE 401, 402, 403, 602 – relevance | |
| 76:14-20 | FRE 401, 402, 403, 602 – relevance | |
| 76:22-77:3 | FRE 401, 402, 403, 602 – relevance | |

**IV.   DEBORAH SCHNELLE (October 9, 2018)**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 4:7-9 | | |
| 6:4-24 | | |
| 13:19-14:2 | | |
| 15:16-16:3 | | |
| 16:9-17:5 | | |
| 20:13-20 | | |
| 22:13-22 | | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 24:17-19 | | |
| 29:7-16 | | |
| 29:17-30:12 | | |
| 30:14-31:11 | FRE 401, 402, 403 – relevance | 31:12-14, 18-25; 32:1-4, 8-9, 11-12, 16-17 |
| 34:19-22 | | |
| 35:18-36:23 | FRE 401, 402, 403, 602 – relevance | 35:18-36:12 36:13-23 |
| 37:13-18 | FRE 401, 402, 403, 602 – relevance | |
| 38:3-10 | | |
| 38:25-39:2 | | |
| 43:5-44:6 | FRE 401, 402, 403 – relevance | |
| 44:24-45:24 | FRE 401, 402, 403 – relevance | |
| 46:1-13 | FRE 401, 402, 403 – relevance | |
| 46:19-47:15 | FRE 401, 402, 403 – relevance | |
| 47:19-48:4 | FRE 401, 402, 403 – relevance | |
| 48:19-21 | | |
| 49:4-50-25 | FRE 401, 402, 403, 602 – relevance | |
| 51:1-22 | FRE 401, 402, 403, 602 – relevance | |

**V. MAX MINOR (October 10, 2018)**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 6:14-16 | | |
| 7:7-15 | | |
| 10:17-11:2 | | |
| 11:10-19 | Completeness | 14:24-15:2 78:21-22 |
| 15:3-11 | | |
| 17:6-18:22 | FRE 401, 402, 403 – relevance | |
| 19:1-20:1 | FRE 401, 402, 403 – relevance | |
| 23:19-22 | | |
| 30:1-15 | FRE 401, 402, 403 – relevance | |
| 31:23-32:15 | FRE 401, 402, 403, 602 – relevance | |
| 39:1-5 | FRE 401, 402, 403 – relevance | |
| 41:19-25 | FRE 401, 402, 403 – relevance | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 49:6-50:15 | FRE 401, 402, 403 – relevance | |
| 50:23-51:7 | FRE 401, 402, 403 – relevance | |
| 51:14-21 | FRE 401, 402, 403 – relevance | |
| 53:15-18 | FRE 401, 402, 403 – relevance | |
| 56:2-4 | FRE 401, 402, 403 – relevance | |
| 57:5-9 | FRE 401, 402, 403 – relevance | |
| 57:20-58:2 | FRE 401, 402, 403 – relevance | |
| 61:14-25 | FRE 401, 402, 403 – relevance | |
| 62:12-14 | FRE 401, 402, 403 – relevance | |
| 63:1-6 | FRE 401, 402, 403 – relevance | |
| 64:20-65:15 | FRE 401, 402, 403. 602 – relevance | |
| 66:14-19 | FRE 401, 402, 403 – relevance | |
| 68:6-69:24 | FRE 401, 402, 403 – relevance | |
| 72:6-74:16 | FRE 401, 402, 403 – relevance | |
| 75:7-78:11 | FRE 401, 402, 403 – relevance | |
| 78:16-20 | FRE 401, 402, 403 – relevance | |
| 80:18-81:5 | FRE 401, 402, 403 – relevance | |
| 82:10-15 | FRE 401, 402, 403 – relevance | |
| 83:23-84:18 | FRE 401, 402, 403 – relevance | |
| 84:23-87:3 | FRE 401, 402, 403 – relevance | |
| 87:12-16 | FRE 401, 402, 403 – relevance | |
| 91:13-20 | FRE 401, 402, 403, 901 – relevance; authentication | |
| 92:9-22 | FRE 401, 402, 403 – relevance | |
| 93:5-14 | FRE 401, 402, 403, 901 – relevance, authentication | |
| 94:3-96:5 | FRE 401, 402, 403, 901 – relevance, authentication | |
| 96:20-98:25 | FRE 401, 402, 403 – relevance, lacks foundation | |
| 100:17-101:6 | FRE 401, 402, 403 – relevance | |
| 104:13-105:11 | FRE 401, 402, 403 – relevance | |
| 106:3-106:22 | FRE 401, 402, 403 – relevance | |
| 107:12-14 | FRE 401, 402, 403 – relevance | |
| 107:19-108:3 | FRE 401, 402, 403 – relevance | |
| 109:19-23 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |
| 110:6-22 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |
| 111:1-6 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |
| 111:14-112:4 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations |
|---|---|---|
| 113:21-25 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |
| 114:12-17 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |
| 115:1-14 | FRE 401, 402, 403 – relevance, lacks foundation | |
| 119:15-24 | FRE 401, 402, 403 – relevance, lacks foundation | 14:24-15:2 |
| 120:15-21 | FRE 401, 402, 403, 602 – relevance, lacks foundation, speculation | 120:24-25 |
| 124:6-125:12 | FRE 401, 402, 403, 602 – relevance, lacks foundation, speculation | |
| 125:22-126:6 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |
| 126:25-128:13 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |
| 128:20-132:4 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |
| 132:15-133:4 | FRE 401, 402, 403, 602 – relevance, lacks foundation | |

DATED:  Honolulu, Hawai`i,   26 February 2019   .

/s/ Jade Lynne Ching
JADE LYNNE CHING
DAVID A. NAKASHIMA
RYAN B. KASTEN
Attorneys for Defendants
THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK N.A. AND PNC MORTGAGE