JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

Tyler Ayres, USB 09200 (admitted Pro Hac Vice)
12339 S. 800 East, Suite 101
Draper UT 84020
Telephone: (801) 255-5555
Cell: (801) 918-9506
tyler@ayreslawfirm.com

Scott Borison (admitted Pro Hac Vice)
Legg Law Firm, LLP
1900 S. Norfolk St., Suite 350
San Mateo CA 94403
Telephone: (301) 620-1016
borison@legglaw.com

Attorneys for Plaintiff
ANNETTE AGUSTIN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ANNETTE AGUSTIN, | ) | CASE NO. 1:17-cv-00525 SOM-RT |
| | ) | |
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| vs. | ) | |
| | ) | |
| THE PNC FINANCIAL SERVICES | ) | |
| GROUP, INC., PNC BANK N.A., and | ) | |
| PNC MORTGAGE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, by and through her undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of Plaintiff Annette Agustin against Defendants The PNC Financial Services Group, Inc., PNC Bank, N.A. and PNC Mortgage.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted, April 9, 2019.

/s/ Justin A. Brackett
Justin A. Brackett, (#9954)
Attorney for Plaintiff