JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

Tyler Ayres, USB 09200 (admitted Pro Hac Vice)
12339 S. 800 East, Suite 101
Draper UT 84020
Telephone: (801) 255-5555
Cell: (801) 918-9506
tyler@ayreslawfirm.com

Scott Borison (admitted Pro Hac Vice)
Legg Law Firm, LLP
1900 S. Norfolk St., Suite 350
San Mateo CA 94403
Telephone: (301) 620-1016
borison@legglaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANNETTE AGUSTIN,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK N.A., and PNC MORTGAGE,<br><br>　　　　　　　Defendants. | CASE NO. 1:17-cv-525-SOM-RT<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

parties hereby stipulate to dismiss this action with prejudice, with each party to

1

bear its own attorney's fees and costs. The entire action including all claims between and among the parties, however denominated, and all parties are dismissed with prejudice by this stipulation. There are no remaining parties, claims, and/or issues.

Respectfully submitted this 21ST day of MAY, 2019

Attorney for Plaintiff:
Annette Agustin

/s/ Justin A. Brackett
Justin A. Brackett

Attorney for Defendants:
The PNC Financial Services Group, Inc.
PNC Bank, N.A.
PNC Mortgage

/s/ Jade Lynne Ching
Jade Lynne Ching
Nakashima Ching, LLC

APPROVED AS TO FORM:

/s/ Susan Oki Mollway
HONORABLE JUDGE SUSAN OKI MOLLWAY